IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM E. HEWITT, II, <br> SSN: XXX-XX-1835 <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of the Social <br> Security Administration, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 4:07CV3151 <br><br><br><br><br> **MEMORANDUM** <br> **AND ORDER** |

This matter is before the court on its own motion. Because the plaintiff's sister is a former employee of mine, and because I have a close personal relationship with the plaintiff's mother and father, I find that I should recuse myself from this case pursuant to 28 U.S.C. § 455(a), inasmuch as my impartiality might reasonably be questioned when viewed objectively.

IT IS ORDERED:

1. That the undersigned hereby withdraws from this case pursuant to 28 U.S.C. § 455(a); and

2. The Clerk of the United States District Court for the District of Nebraska shall direct this case to Chief Judge Bataillon for reassignment.

June 18, 2007.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge