IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM E. HEWITT II, ) | |
| ) | |
| Plaintiff, ) | 4:07CV3151 |
| ) | |
| v. ) | |
| ) | |
| SOCIAL SECURITY ADMINISTRATION, ) | ORDER |
| Michael J. Astrue, Commissioner, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    This matter is before the court on plaintiff's unopposed motion to extend time, Filing No. 15, until November 5, 2007, to file a brief in this case.   The court finds such motion should be granted.

    THEREFORE, IT IS ORDERED that plaintiff's motion for an extension of time, Filing No. 15, is granted until November 5, 2007.


DATED this 24th day of September, 2007.

                              BY THE COURT:


                              s/ Joseph F. Bataillon
                              Chief United States District Judge