IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

WILLIAM E. HEWITT II,                 )
                                      )
            Plaintiff,                )      4:07CV3151
                                      )
      v.                              )
                                      )
SOCIAL SECURITY ADMINISTRATION,       )      ORDER
Michael J. Astrue, Commissioner,      )
                                      )
            Defendant.                )
_____       )
                                      )


        This matter is before the court on defendant's second motion for extension of time, Filing No. 29, until April 21, 2008, to file a brief in this case.   The court finds such motion should be granted.

        THEREFORE, IT IS ORDERED that defendant's  motion for an extension of time, Filing No. 29, is granted until April 21, 2008.  No further extensions will be granted, absent good cause.



        DATED this 20th day of March, 2008.


                            BY THE COURT:



                            s/ Joseph F. Bataillon
                            Chief United States District Judge